# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2011

143037

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JAMES DuRALL, JR.,
      Plaintiff-Appellant,

v

HOME-OWNERS INSURANCE COMPANY,
      Defendant-Appellee.

SC: 143037
COA: 293910
Genesee CC: 08-088948-CK

_____/

On order of the Court, the application for leave to appeal the March 29, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2011

_____
Clerk

t0914